1136

No. 84–1442.   CARSTENS ET AL. *v.* NUCLEAR REGULATORY COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 84–1502.   SHERIFF OF THE COUNTY OF NEWAYGO, MICHIGAN, ET AL. *v.* DEUR.   Sup. Ct. Mich.   Certiorari denied.

No. 84–1504.   S. G. FRANTZ CO., INC. *v.* DIRECTOR, DIVISION OF TAXATION OF NEW JERSEY.   Super. Ct. N. J., App. Div. Certiorari denied.

No. 84–1568.   QUAKER CITY GEAR WORKS, INC., ET AL. *v.* SKIL CORP.   C. A. Fed. Cir.   Certiorari denied.

No. 84–1589.   BARNEY *v.* DISCIPLINARY BOARD OF THE WASHINGTON STATE BAR ASSN.   Sup. Ct. Wash.   Certiorari denied.

No. 84–1597.   MANN *v.* SPIEGEL.   Super. Ct. N. J., App. Div. Certiorari denied.

No. 84–1599.   BASS AVIATION, INC. *v.* HERNANDEZ, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HERNANDEZ, ET AL. Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 84–1600.   HAMEED ET AL. *v.* JONES, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir. Certiorari denied.

No. 84–1612.   KIZER, DIRECTOR, DEPARTMENT OF HEALTH SERVICES, ET AL. *v.* JENESKI ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 84–1614.   CAMPBELL *v.* ILLINOIS.   App. Ct. Ill., 2d Dist. Certiorari denied.

No. 84–1615.   BOROUGH OF DEMAREST ET AL. *v.* TOWNSHIP OF MAHWAH ET AL.   Sup. Ct. N. J.   Certiorari denied.   Reported

No. 84–1618.   KOPCZYNSKI *v.* THE JACQUELINE ET AL.   C. A. 9th Cir.   Certiorari denied.